IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

LAUREN SOORUS                                                                                           PLAINTIFF

v.                                         Case No. 6:22-cv-6090

TDS FINANCIAL, LLC,
and TYLER STONE, individually                                                                      DEFENDANTS

## ORDER

Before the Court is Plaintiff Lauren Soorus's Stipulation of Dismissal. ECF No. 8. No response is necessary, and the matter is ripe for consideration.

Plaintiff states that she "no longer desires to pursue this action" and therefore dismisses her claims with prejudice, pursuant to Federal Rule of Civil Procedure 41(a). ECF No. 8, at 1. An action may be dismissed by "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). Stipulations pursuant to Rule 41(a)(1) are effective automatically and do not require the Court's approval. *See Adams v. USAA Cas. Ins. Co.*, 863 F.3d 1069, 1078 (8th Cir. 2017). Plaintiff states that Defendants TDS Financial, LLC and Tyler Stone have not served an answer or a motion for summary judgment. Thus, Plaintiff's claims were effectively dismissed when the stipulation was filed. However, the instant Order issues for purposes of maintaining the docket.

Therefore, to the extent that the instant stipulation (ECF No. 8) constitutes a motion, it is **GRANTED**. Plaintiff's claims against Defendants TDS Financial, LLC and Tyler Stone are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 8th day of December, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge